WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
PAUL RICHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PAUL RICHARDS,<br><br>                    Defendant. | Case No. 2:26-CR-00014-DJC<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; [~~PROPOSED~~] ORDER**<br><br>DATE:     February 9, 2026<br>TIME:     2:00 p.m.<br>COURT:   Hon. Jeremy D. Peterson |

Defendant, PAUL RICHARDS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1.     By previous order, this matter was set for detention hearing on February 9, 2026, at 2:00 p.m. before United States Magistrate Judge Jeremy D. Peterson. A status conference has been set for March 19, 2026, before United States District Court Judge Daniel J. Calabretta and time is excluded through March 19, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

2.     By this stipulation, the parties jointly request that the Court continue Mr. Richards detention hearing to Tuesday, February 10, 2026, at 2:00 p.m. before Magistrate Judge Peterson to allow Pretrial Services additional time to complete their report.

/////

1

IT IS SO STIPULATED.

DATED: February 9, 2026          Respectfully submitted,

*/s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant
PAUL RICHARDS

DATED: February 9, 2026          ERIC GRANT
United States Attorney

*/s/ Douglas Harman*
DOUGLAS HARMAN
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: February 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2