WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
PAUL RICHARDS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-0014-DJC |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| PAUL RICHARDS, | |
| Defendant. | Date:  March 19, 2026<br>Time:  9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

Defendant, PAUL RICHARDS, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1.  This matter is set for a status conference on March 19, 2026.  By this stipulation, Defendant Paul Richards moves to continue the status conference to May 7, 2026.

2.  This is the first request for a continuance.

3.  On February 11, 2026, the government produced approximately 700 items of discovery, including reports, technical data, photographs, and audio recordings.

4.  Defense counsel requires additional time to review the above-noted discovery in this case, and to discuss the same with his client.  Defense counsel also requires additional time to investigate the case, conduct legal research, consider trial strategies, explore potential resolutions, and otherwise prepare for trial.

5.  Based on the above-stated facts, Defendant requests the Court find that the ends of justice

1

STIPULATION & ORDER CONTINUING STATUS CONFERENCE

served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of March 19, 2026, up to May 7, 2026, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

//

//

Dated:  March 17, 2026               */s/ William F. Portanova*

                                                _____
WILLIAM F. PORTANOVA
Attorney for Defendant
PAUL RICHARDS

Dated: March 17, 2026               ERIC GRANT
United States Attorney

*/s/ Douglas Harman*

By:     _____
DOUGLAS HARMAN
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME               2

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for March 19, 2026, is vacated.  A new status conference is scheduled for May 7, 2026, at 9:00 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary preparation for potential plea resolution, taking into consideration the exercise of due diligence, for the period from March 19, 2026, up to and including May 7, 2026.

IT IS SO ORDERED.

Dated:  March 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    3